**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves, KAREN LARAMIE, as personal represnetiatve of the Estate of Madison May Mogen, JEFFREY KERNODLE, as personal representative of the Estate of Xana Alexia Kernodle, and STACY CHAPIN, as personal representative of the Estate of Ethan J. Chapin,<br><br>                    Plaintiffs,<br>v.<br><br>WASHINGTON STATE UNIVERSITY, a public university,<br><br>                    Defendant. | NO. 2:26-cv-00301<br><br>NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT |

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Western District of Washington on January 27, 2026.

//
//
//
//
//
//

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT          1          ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

A copy of the Notice of Removal is attached to this Notice and is served and filed herewith.

DATED this 27th day of January, 2026.

NICHOLAS W. BROWN
Attorney General

*s/Connor M. Callahan*
JORDYN JONES, WSBA No. 52648
CONNOR CALLAHAN, WSBA No. 54099
Assistant Attorneys General
P.O. Box 40126
Olympia, WA 98504-0126
360-586-6300
Jordyn.Jones@atg.wa.gov
Connor.Callahan@atg.wa.gov
*Counsel for Defendant WSU*

NOTICE TO ADVERSE PARTIES OF
REMOVAL TO FEDERAL COURT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs*

Jonathan P. Kieffer, (pro hac vice)
Jack T. Hyde, (pro hac vice)
Lindsey N. Scarcello (pro hac vice)
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
jpkieffer@wcllp.com
jhyde@wcllp.com
lscarcello@wcllp.com

Thomas B. Vertetis, WSBA #29805
Christopher E. Love, WSBA #42832
William T. McClure, WSBA #54622
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
tom@pcvalaw.com
chris@pcvalaw.com
wmcclure@pcvalaw.com

DATED this 27th day of January, 2026.

*s/Connor M. Callahan*
CONNOR CALLAHAN, WSBA No. 54099

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT — 3 — ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

Attachment A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves, KAREN LARAMIE, as personal represnetiatve of the Estate of Madison May Mogen, JEFFREY KERNODLE, as personal representative of the Estate of Xana Alexia Kernodle, and STACY CHAPIN, as personal representative of the Estate of Ethan J. Chapin,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, a public university,<br><br>Defendant. | NO. 2:26-cv-00301<br><br>NOTICE OF REMOVAL TO FEDERAL COURT<br><br>**(Clerk's Action Requested)** |

TO:   CLERK OF THE ABOVE-ENTITLED COURT;

AND:   PFAU COCHRAN VERTETIS AMALA PLLC:
   THOMAS B. VERTETIS, CHRISTOPHER E. LOVE, and WILLIAM T. McCLURE, Plaintiffs' Attorneys

AND TO:   WAGSTAFF & CARTMELL LLP:
   JONATHAN P. KIEFFER, JACK T. HYDE, and LINDSEY N. SCARCELLO, Plaintiffs' Attorneys

PLEASE TAKE NOTICE that Defendant Washington State University (WSU), hereby removes to this Court the state court action described below.

NOTICE OF REMOVAL TO FEDERAL COURT   1   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1. This case alleges a violation of Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, as well as state law claims. Defendant WSU is an entity of the State of Washington. Plaintiffs' Complaint has not yet been answered by Defendant WSU.

2. On January 7, 2026, a complaint was filed in the Superior Court of Washington for Skagit County, Cause No. 26-2-00034-29, entitled *Steven Goncalves, as personal representative of the Estate of Kaylee Jade Goncalves, Karen Laramie, as personal representative of the Estate of Madison May Mogen, Jeffrey Kernodle, as personal representative of the Estate of Xana Alexia Kernodle, and Stacy Chapin, as personal representative of the Estate of Ethan J. Chapin v. Washington State University, as public university*.

3. This complaint was served upon Defendant WSU on January 7, 2026. This Notice of Removal is Being filed within 30 days of the filing of the complaint alleging an action under 20 U.S.C. § 1681 against Defendant WSU.

## I.   INTRADISTRICT ASSIGNMENT

4. Under 28 U.S.C. § 1331 and § 1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Plaintiffs allege that Defendant WSU's actions violated Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, when Defendant WSU remained "idle in the face of known extreme and repeated instances of discrimination, sexual harassment, and stalking by Kohberger occurring in its educational program throughout the entirety of the 2022 fall semester, that ultimately culminated in Kohberger talking and murdering the decedents." Compl. at 93, ¶370.

6. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and § 1343 and is one which may be removed to this Court by Defendant WSU pursuant to 28 U.S.C. § 1441(b) in that it is a civil action founded on a claim or right arising under federal law. The district court also has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. § 1367. An Eleventh Amendment bar as to supplemental claims does not divest the

NOTICE OF REMOVAL TO FEDERAL COURT   2   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

federal court of jurisdiction over claims arising under federal law. *Wisconsin Dep't of Corrs. v. Schacht*, 524 U.S. 381, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998).

7. The Western District is an appropriate venue for removal as the judicial district that embraces the place in which the action is pending; Venue is also appropriate in the Eastern District of Washington, and Defendant reserves the right to file a motion to change venue thereto.

## II.   RESERVES AND IMMUNITY

8. Defendant WSU reserves all rights and defenses, and this notice is made without waiving any defenses Defendant WSU may have in response to this lawsuit.

## III.   SUPPORTING DOCUMENTS

9. In compliance with 28 U.S.C. § 1446(a) and LCR 101(c), Defendant WSU will file copies of all process, pleadings, and orders served upon it in this case withing the fourteen (14) day deadline and with the appropriate verification of authenticity.

DATED this 27th day of January, 2026.

NICHOLAS W. BROWN
Attorney General

*s/Connor M. Callahan*
JORDYN JONES, WSBA No. 52648
CONNOR CALLAHAN, WSBA No. 54099
Assistant Attorneys General
P.O. Box 40126
Olympia, WA 98504-0126
360-586-6300
Jordyn.Jones@atg.wa.gov
Connor.Callahan@atg.wa.gov
*Counsel for Defendant WSU*

NOTICE OF REMOVAL TO FEDERAL COURT   3   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs*

Jonathan P. Kieffer, (pro hac vice)
Jack T. Hyde, (pro hac vice)
Lindsey N. Scarcello (pro hac vice)
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
jpkieffer@wcllp.com
jhyde@wcllp.com
lscarcello@wcllp.com

Thomas B. Vertetis, WSBA #29805
Christopher E. Love, WSBA #42832
William T. McClure, WSBA #54622
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
tom@pcvalaw.com
chris@pcvalaw.com
wmcclure@pcvalaw.com

DATED this 27th day of January, 2026.

*s/Connor M. Callahan*
CONNOR CALLAHAN, WSBA No. 54099

NOTICE OF REMOVAL TO FEDERAL COURT   4   ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300