**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves,<br>KAREN LARAMIE, as personal represnetiatve of the Estate of Madison May Mogen,<br>JEFFREY KERNODLE, as personal representative of the Estate of Xana Alexia Kernodle, and<br>STACY CHAPIN, as personal representative of the Estate of Ethan J. Chapin,<br><br>                    Plaintiffs,<br>v.<br><br>WASHINGTON STATE UNIVERSITY, a public university,<br><br>                    Defendant. | NO. 2:26-cv-00301<br><br>DECLARATION OF SHARYL KAMMERZELL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE |

I, SHARYL KAMMERZELL, hereby declare under penalty of perjury that the following is true and correct.

1. I am over the age of 18, have personal knowledge of all facts contained in this declaration, and am competent to testify to those facts, and testify herein from personal knowledge.

2. I am currently the Associate Vice President, Chief Compliance and Risk Officer at Washington State University (WSU). I have held this position since April 2020. I have been employed with WSU since March 2017.

DECLARATION OF SHARYL KAMMERZELL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

3. WSU has five campus locations—Pullman, Spokane, Richland, Vancouver, and Everett. WSU's Pullman campus is its main campus.

4. WSU offers a variety of undergraduate and graduate degrees and majors, including those offered by WSU's Department of Criminal Justice and Criminology. WSU's Doctor of Philosophy in Criminal Justice and Criminology is offered exclusively at WSU's Pullman campus.

5. The following WSU Department of Criminal Justice and Criminology staff and faculty, and other WSU employees have addresses located near Pullman, Washington according to their employee records:

    a. David Brody
    b. Craig Hemmens
    c. Faith Lutze
    d. David Makin
    e. Hillary Mellinger
    f. Melanie-Angela Neuilly
    g. Amelie Pedneault
    h. John Snyder
    i. Dale Willits
    j. Rebecca Auliye
    k. Sisouvanh Keopanapay
    l. Danielle Makin
    m. Dana "Dee Dee" Torgeson
    n. Mary Stohr
    o. Taylor Ellsworth
    p. Holly Ashkannejhad
    q. Dawn Daniels
    r. Kevin Imel

DECLARATION OF SHARYL KAMMERZELL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE    2    ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

1     DATED this 30th day of January, 2026, in  \_\_\_\_Pullman\_\_\_\_, Washington.

*Sharyl Kammerzell*
SHARYL KAMMERZELL

DECLARATION OF SHARYL
KAMMERZELL IN SUPPORT OF
DEFENDANT'S MOTION TO
TRANSFER VENUE

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs*

Jonathan P. Kieffer, (pro hac vice)
Jack T. Hyde, (pro hac vice)
Lindsey N. Scarcello (pro hac vice)
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
jpkieffer@wcllp.com
jhyde@wcllp.com
lscarcello@wcllp.com

Thomas B. Vertetis, WSBA #29805
Christopher E. Love, WSBA #42832
William T. McClure, WSBA #54622
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
tom@pcvalaw.com
chris@pcvalaw.com
wmcclure@pcvalaw.com

DATED this 30th day of January, 2026.

*s/Connor M. Callahan*
CONNOR CALLAHAN, WSBA No. 54099