**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves, et al., | Case No. 2:26-cv-00301-KKE |
| Plaintiffs, | **JOINT NOTICE TO WITHDRAW PENDING MOTIONS** |
| v. | **NOTES ON MOTION CALENDAR:** MARCH 19, 2026 |
| WASHINGTON STATE UNIVERSITY, a public university, | |
| Defendant. | |

The Parties have conferred and reached a stipulation. Pursuant to that stipulation, each party hereby withdraws one Motion pending before this Court:

- Defendant withdraws its Motion to Transfer Venue (Doc. 8); and

- Plaintiffs withdraw their Motion to Strike Defendant's Answer (Doc. 19).

The Parties have further stipulated that the withdrawal of these motions shall be with prejudice—Defendant will not seek transfer to an alternative venue, and Plaintiffs will not seek to strike Defendant's Answer. Defendant further reserves the right to file an amended Answer and Plaintiffs consent to such filing pursuant to FRCP 15(a)(2). The Parties note that one of the Motions (the Motion to Transfer Venue) is past the Noting Date of February 27, 2016, and the parties will contact the Court.

JOINT NOTICE
TO WITHDRAW
PENDING MOTIONS
Page **1** of **3**

SIGNED this 19th day of March, 2026.

Respectfully submitted,

PFAU COCHRAN VERTETIS AMALA PLLC

By: /s/ *Thomas B. Vertetis*
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

WAGSTAFF & CARTMELL LLP

By: /s/ *Jonathan P. Kieffer*
Jonathan P. Kieffer (*Pro Hac Vice*)
Jack T. Hyde (*Pro Hac Vice*)
Lindsey N. Scarcello (*Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**


NICHOLAS W. BROWN
Attorney General

By: /s/ *Jordyn Jones*
Jordyn Jones, WSBA No. 52648
Connor Callahan, WSBA No. 54099
Hannah Justice, WSBA No. 50571
Assistant Attorneys General

**ATTORNEYS FOR DEFENDANT WSU**


I certify that this memorandum contains 124 words, in compliance with the Local Civil Rules.


By: /s/ *Thomas B. Vertetis*
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing on March 19, 2026, using the Court's

electronic filing system, thereby serving notice of the filing to all counsel of record.

By:  /s/ *Thomas B. Vertetis*
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

JOINT NOTICE
TO WITHDRAW
PENDING MOTIONS
Page **3** of **3**