**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, a public university,<br><br>Defendant. | Case No. 2:26-cv-00301-KKE<br><br>**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE AS SOON AS POSSIBLE TO DISCUSS A TELEPHONIC MOTION FOR RELIEF FROM DEADLINE UNDER LCR 7(i) AND LCR7(j)** |

The Plaintiffs respectfully request a telephonic status conference, as soon as it is possible for the Court, to (1) to determine whether the Court will consider a telephonic motion for relief from a deadline under LCR 7(i) and LCR 7(j) and (2) if so, to hear the merits of the telephonic motion during the status conference—or to set a time to hear it as soon thereafter as is convenient for the Court.

On September 15, 2026, Defendant Washington State University ("WSU") filed a Motion for Judgment on the Pleadings. It was unusual timing for what is functionally a motion



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

to dismiss, in that the case has been on file since January, 2026; the parties have already conducted months of discovery; and numerous depositions are scheduled, beginning in October. Upon reviewing discovery and confirming that there are multiple documents relevant to WSU's Motion, Plaintiffs filed a motion on September 25, 2026. That motion was titled: *Plaintiffs' Motion to Strike Defendant's Motion for Judgment on the Pleadings or, Alternatively, to Hold It in Abeyance Pending Completion of Discovery*. That motion carries a Noting Date of October 16, 2026. Plaintiffs' response to the Motion for Judgment on the Pleadings is due October 6.

Plaintiffs' counsel are requesting, under LCR 7(j), an extension for their response to the Motion for Judgment on the Pleadings, to 14 days after the motion is denied—if it is denied. Plaintiffs planned to raise this issue with WSU's counsel on September 25, during the parties' weekly meet-and-confer on Friday afternoons, to confer as to whether WSU would stipulate to this relief pursuant to LCR(j). At the last minute, WSU postponed that meet-and-confer until Monday, September 28. (Kieffer Decl. Ex. A, McGinty e-mail, 9/25/26.) So, Plaintiffs' counsel planned to raise the issue on Monday. But again, WSU's counsel postponed the meet-and-confer shortly before it was scheduled to begin. (Kieffer Decl. Ex. B, Klein e-mail, 9/28/26.) Plaintiffs' counsel then submitted an extension request in writing, and there has been no response. (Kieffer Decl., Ex. C, Kieffer e-mail, 9/28/26.) Hence, Plaintiffs are seeking a status conference with the Court to determine (1) whether it will consider a telephonic motion for relief from the deadline under LCR 7(i) and LCR(j), and (2) if so, to hear the telephonic motion during the status conference—or to set a time to hear it as soon thereafter as is convenient for the Court.

In compliance with LCR 7(i) and LCR 7(j), Plaintiffs have made efforts to confer with WSU on these issues and attempt to obtain their requested relief without imposing on the Court's docket. WSU's counsel have failed to attend scheduled meet-and-confers between



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

counsel and have not responded to Plaintiffs' counsel's email raising these issues. Thus, Plaintiffs intend to telephonically request from the Court the relief they have tried to obtain by agreement from WSU. The purpose of Plaintiffs' September 25 motion was to avoid having to respond to a Motion for Judgment on the Pleadings when highly relevant discovery is ongoing but incomplete. Plaintiffs' motion to strike WSU's motion, or hold it in abeyance, would essentially be mooted if Plaintiffs were forced to respond on October 6—the current deadline—either by a ruling so stating or by receiving no ruling at all. So, Plaintiffs intend to ask the Court for an extension to 14 days from any denial of their September 25 motion; or, alternatively, for a more traditional extension of days in which to respond that would be enough to allow the Court to rule on Plaintiffs' motion before that deadline hits.

LCR 7(i) and LCR 7(j) apply here because Plaintiffs could not have realistically filed a written motion to extend the deadline on their response to the Motion for Judgment on the Pleadings, keyed to resolution of their September 25 Motion to Strike, on a schedule that would have allowed for a ruling before October 6, 2026. And those rules' applicability is heightened by WSU's failure to confer with Plaintiffs' counsel, or otherwise respond to their attempts to resolve these issues, only a week before the deadline for Plaintiffs' response.

## CONCLUSION

For these reasons, Plaintiffs respectfully request a brief status conference, as soon as possible within the Court's schedule, to address Plaintiffs' intended telephonic motion for additional time in which to respond to the Motion for Judgment on the Pleadings.

SIGNED this 30th day of September, 2026.



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Respectfully submitted,

WAGSTAFF & CARTMELL LLP

By: /s/ *Jonathan P. Kieffer*
Jonathan P. Kieffer (*Pro Hac Vice*)
Jack T. Hyde (*Pro Hac Vice*)
Lindsey N. Scarcello (*Pro Hac Vice*)
PFAU COCHRAN VERTETIS AMALA PLLC

By: /s/ *Thomas B. Vertetis*
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the Court's word limit rules, in that the above motion contains 728 words.

By: /s/ *Jonathan P. Kieffer*



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on September 30, 2026, using the Court's electronic filing system, thereby serving notice of the filing to all counsel of record:

Jordyn Jones, WSBA #52648
Connor Callahan, WSBA #54099
Hannah Justice, WSBA #50571
Attorney General of Washington
Torts Division
7141 Cleanwater Dr. SW
PO Box 40126
Olympia, WA 98504
Jordyn.Jones@atg.wa.gov
Connor.Callahan@atg.wa.gov
Hannah.Justice@atg.wa.gov
*Attorneys for Washington State University*

Thomas B. Vertetis, WSBA #29805
Christopher E. Love, WSBA #42832
William T. McClure, WSBA #54622
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
tom@pcvalaw.com
chris@pcvalaw.com
wmcclure@pcvalaw.com
*Attorneys for Plaintiffs*

DATED this 30th day of September, 2026.

/s/Jonathan P. Kieffer
Jonathan P. Kieffer (*Pro Hac Vice*)



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654