**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY, a public university,<br><br>Defendant. | Case No. 2:26-cv-00301-KKE-BAT<br><br>**DECLARATION OF JONATHAN P. KIEFFER IN SUPPORT OF PLAINTIFFS' REQUEST FOR STATUS CONFERENCE AS SOON AS POSSIBLE TO DISCUSS A TELEPHONIC MOTION FOR RELIEF FROM DEADLINE UNDER LCR 7(i) AND LCR7(j)** |



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

I, **Jonathan P. Kieffer**, hereby declare under penalty of perjury under the laws of the State of Washington and the United States of America, that the following is true and correct:

1. Attached to my declaration as **Exhibit A** is a true and correct copy of an e-mail sent to me on September 25, 2026, by Caitlin McGinty from the Washington Attorney General's Office.

2. Attached to my declaration as **Exhibit B** is a true and correct copy of an e-mail sent to me on September 28, 2026, by Sharon Klein from the Washington Attorney General's Office.

3. Attached to my declaration as **Exhibit C** is a true and correct copy of an e-mail sent by myself on September 28, 2026, to several individuals in the Washington Attorney General's Office. As of this writing, Plaintiffs have not received any response to this e-mail.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 30th day of September, 2026, in Kansas City, Mo.

By: */s/ Jonathan P. Kieffer*

Jonathan P. Kieffer, PHV



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Respectfully submitted,

WAGSTAFF & CARTMELL LLP

By: /s/ *Jonathan P. Kieffer*
Jonathan P. Kieffer (*Pro Hac Vice*)
Jack T. Hyde (*Pro Hac Vice*)
Lindsey N. Scarcello (*Pro Hac Vice*)
PFAU COCHRAN VERTETIS AMALA PLLC

By: /s/ *Thomas B. Vertetis*
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

**ATTORNEYS FOR PLAINTIFFS**



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing on September 30, 2026, using the Court's electronic filing system, thereby serving notice of the filing to all counsel of record:

Jordyn Jones, WSBA #52648
Connor Callahan, WSBA #54099
Hannah Justice, WSBA #50571
Attorney General of Washington
Torts Division
7141 Cleanwater Dr. SW
PO Box 40126
Olympia, WA 98504
Jordyn.Jones@atg.wa.gov
Connor.Callahan@atg.wa.gov
Hannah.Justice@atg.wa.gov
*Attorneys for Washington State University*

Thomas B. Vertetis, WSBA #29805
Christopher E. Love, WSBA #42832
William T. McClure, WSBA #54622
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
tom@pcvalaw.com
chris@pcvalaw.com
wmcclure@pcvalaw.com
*Attorneys for Plaintiffs*

DATED this 30th day of September, 2026.

/s/Jonathan P. Kieffer
Jonathan P. Kieffer (*Pro Hac Vice*)



Wagstaff & Cartmell
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100 | Fax: (816) 531-2372

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

# EXHIBIT A

**Angela Priest**

**From:** McGinty, Caitlin (ATG) <caitlin.mcginty@atg.wa.gov>
**Sent:** Friday, September 25, 2026 2:47 PM
**To:** Jon Kieffer
**Cc:** Jack Hyde; Lindsey N. Scarcello; Melody Dickson; Angela Priest; tom@pcvalaw.com; Chris Love; wmcclure@pcvalaw.com; Thien Lau; Callahan, Connor (ATG); Jones, Jordyn (ATG); Justice, Hannah G. (ATG); Van Sittert, Rian (ATG); Klein, Sharon (ATG)
**Subject:** [EXTERNAL] Goncalves Weekly Discovery Meeting

Good afternoon,

We apologize for the late notice, but something came up and AAG Jordyn Jones had to step away this afternoon. If possible, we can reschedule for Monday or Tuesday of next week. Thank you for understanding.

Caitlin McGinty
Paralegal 2
Torts Division
Office of the Attorney General
7141 Cleanwater Dr. SW, Olympia, WA 98504 | PO Box 40126
Office Hours: M-F 8:00-5:00
360-586-6304
Caitlin.McGinty@atg.wa.gov

This email may contain confidential information which is legally privileged. If you have received this email in error, please notify us by return email and delete this message. Any disclosure, copying, distribution or other use of the contents of this information is prohibited.

# EXHIBIT B

**Angela Priest**

**From:** Klein, Sharon (ATG) <sharon.klein@atg.wa.gov>
**Sent:** Monday, September 28, 2026 1:32 PM
**To:** Jon Kieffer; McGinty, Caitlin (ATG)
**Cc:** Jack Hyde; Lindsey N. Scarcello; Melody Dickson; Angela Priest; tom@pcvalaw.com; Chris Love; wmcclure@pcvalaw.com; Thien Lau; Callahan, Connor (ATG); Jones, Jordyn (ATG); Justice, Hannah G. (ATG); Van Sittert, Rian (ATG)
**Subject:** [EXTERNAL] RE: Goncalves Weekly Discovery Meeting

Good morning,

I apologize for the short notice, but we need to cancel discovery meeting scheduled for this afternoon. AAG Jordyn Jones has had something unexpected come up and will not be unavailable this afternoon. AAG Jones has very limited availability this week, but the meeting currently scheduled for Friday is on her calendar.

*Sharon Klein*
Paralegal 3 |Torts Division
Office of Attorney General
PO Box 40126, Olympia, WA 98504-0126
360-586-6325 | Fax 360-586-6655 | sharon.klein@atg.wa.gov

This email may contain confidential information which is legally privileged. If you have received this email in error, please notify me by return email and delete this message. Any disclosure, copying, distribution or other use of the contents of thismessage is prohibited.

---

**From:** Jon Kieffer <jpkieffer@wcllp.com>
**Sent:** Friday, September 25, 2026 12:53 PM
**To:** McGinty, Caitlin (ATG) <caitlin.mcginty@atg.wa.gov>
**Cc:** Jack Hyde <jhyde@wcllp.com>; Lindsey N. Scarcello <lscarcello@wcllp.com>; Melody Dickson <mdickson@wcllp.com>; Angela Priest <apriest@wcllp.com>; tom@pcvalaw.com; Chris Love <chris@pcvalaw.com>; wmcclure@pcvalaw.com; Thien Lau <tlau@pcvalaw.com>; Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>; Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Justice, Hannah G. (ATG) <hannah.justice@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Klein, Sharon (ATG) <sharon.klein@atg.wa.gov>
**Subject:** RE: Goncalves Weekly Discovery Meeting

[EXTERNAL]

Yes. How about we reschedule for the same time (1 pm PT), either Monday or Tuesday, 9/28-29. We'd prefer Monday if possible given various pending items. Let us know what works on your end.

Thank you.

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand

Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE. The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** McGinty, Caitlin (ATG) <caitlin.mcginty@atg.wa.gov>
**Sent:** Friday, September 25, 2026 2:47 PM
**To:** Jon Kieffer <jpkieffer@wcllp.com>
**Cc:** Jack Hyde <jhyde@wcllp.com>; Lindsey N. Scarcello <lscarcello@wcllp.com>; Melody Dickson <mdickson@wcllp.com>; Angela Priest <apriest@wcllp.com>; tom@pcvalaw.com; Chris Love <chris@pcvalaw.com>; wmcclure@pcvalaw.com; Thien Lau <tlau@pcvalaw.com>; Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>; Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Justice, Hannah G. (ATG) <hannah.justice@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Klein, Sharon (ATG) <sharon.klein@atg.wa.gov>
**Subject:** [EXTERNAL] Goncalves Weekly Discovery Meeting

Good afternoon,

We apologize for the late notice, but something came up and AAG Jordyn Jones had to step away this afternoon. If possible, we can reschedule for Monday or Tuesday of next week. Thank you for understanding.

Caitlin McGinty
Paralegal 2
Torts Division
Office of the Attorney General
7141 Cleanwater Dr. SW, Olympia, WA 98504 | PO Box 40126
Office Hours: M-F 8:00-5:00
360-586-6304
Caitlin.McGinty@atg.wa.gov

This email may contain confidential information which is legally privileged. If you have received this email in error, please notify us by return email and delete this message. Any disclosure, copying, distribution or other use of the contents of this information is prohibited.

# EXHIBIT C

**Angela Priest**

| | |
|---|---|
| **From:** | Jon Kieffer |
| **Sent:** | Monday, September 28, 2026 6:04 PM |
| **To:** | Jones, Jordyn (ATG); Callahan, Connor (ATG); Justice, Hannah G. (ATG); Van Sittert, Rian (ATG); Klein, Sharon (ATG) |
| **Cc:** | Jack Hyde; Lindsey N. Scarcello; Melody Dickson; Angela Priest; Thomas B. Vertetis; Chris Love; William T. McClure; Thien Lau |
| **Subject:** | WSU's Motion for Judgment on the Pleadings |

Counsel -

We write to confer about an extension of time. Presumably, you have seen the motion that we filed on Friday to either strike the motion for judgment on the pleadings or defer action on it until following the close of discovery. We have no expectation that you will consent to any of that relief.

We are, however, seeking your consent that Plaintiffs would have until 14 days following the denial of that motion, if it is denied, to respond to your motion for judgment on the pleadings. Or, if you are unwilling to consent to that, we would like to know what days this week you would be available for a motion by telephone with the Court to address this issue.

Thank you in advance for your consideration and we look forward to hearing from you.

Jon

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.