UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE GONCALVES, et al.,<br><br>Plaintiff(s),<br>v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>Defendant(s). | CASE NO. C26-0301-KKE<br><br>ORDER GRANTING PLAINTIFFS' TELEPHONIC MOTION FOR RELIEF FROM DEADLINE |

This matter comes before the Court on Plaintiffs' telephonic motion for relief from their deadline to file a response to Defendant's motion for judgment on the pleadings. Dkt. No. 43. The Court GRANTS Plaintiffs' request. *Id*. Plaintiffs' deadline to respond to the motion for judgment on the pleadings is extended and shall be filed no later than 14 days after the Court issues its order on Plaintiffs' pending motion to strike (Dkt. No. 41).

It is so ordered.

Dated this 1st day of October, 2026.

Kymberly K. Evanson
United States District Judge