The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEVE GONCALVES, as personal representative of the Estate of Kaylee Jade Goncalves; KAREN LARAMIE, as personal representative of the Estate of Madison May Mogen; JEFFREY KERNODLE, as personal representative of the Estate of Xana Alexia Kernodle; and STACY CHAPIN, as personal representative of the Estate of Ethan J. Chapin,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY,<br><br>Defendant. | NO. 2:26-cv-00301<br><br>DECLARATION OF JORDYN JONES<br><br>NOTING DATE: October 16, 2026 |

I, JORDYN JONES, am over the age of 18 and competent to testify to the matters below, declare and state as follows:

1. I am an Assistant Attorney General assigned to represent Washington State University (WSU) in this matter. I make this declaration based on my personal knowledge.

2. On January 7, 2026, Plaintiffs filed a complaint in this matter alleging that WSU violated Title IX and was negligent for Bryan Kohberger's intentional criminal acts.



ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

3. On February 11, 2026, WSU filed an Answer to Plaintiffs' Complaint.

4. WSU proceeded to file a motion to change venue from the Western District of Washington to the Eastern District of Washington. In March of 2026, Plaintiffs filed a motion to strike WSU's answer. Together, the parties agreed to withdraw the motion to strike and the motion to transfer venue and did so. The agreement was that both motions would be withdrawn with prejudice and that the State may file an amended answer. The Agreement was not premised on WSU executing an amended answer. Attached as **Exhibit A** to this declaration is true and accurate copy of my email exchange with counsel for the Plaintiffs regarding this agreement.

5. After the deadline to amend pleadings had passed, WSU prepared and sent Plaintiffs a proposed amended answer asking Plaintiffs to stipulate to its filing. Plaintiffs elected not to stipulate to the amended answer's filing. Given that the deadline for amending pleadings had passed and Plaintiffs' counsel would not stipulate to the amended answer's filing, WSU elected not to move the court to allow the amended filing.

6. On Thursday October 1, 2026, at Plaintiffs' request, this court held a status conference with the parties. At the conference counsel for WSU confirmed it would not be filing an amended answer in this matter.

7. At a discovery conference with counsel the on Friday October 2, 2026, the day after the court's status conference, counsel for WSU confirmed that as discovery was underway and the parties have been litigating this long without an amended answer, it seemed unnecessary to amend the answer now and would not proceed to do so.



ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. EXECUTED this 6th day of October, 2026 in Olympia, Washington.

*s/ Jordyn Jones*
JORDYN JONES, WSBA No. 52648



ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
360-586-6300

**PROOF OF SERVICE**

I declare that on this 6th day of October 2026, I caused a copy of this document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***Attorneys for Plaintiff***

Jonathan P. Kieffer, (pro hac vice)
Jack T. Hyde, (pro hac vice)
Lindsey N. Scarcello (pro hac vice)
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
jpkieffer@wcllp.com
jhyde@wcllp.com
lscarcello@wcllp.com

Thomas B. Vertetis, WSBA #29805
Christopher E. Love, WSBA #42832
William T. McClure, WSBA #54622
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
tom@pcvalaw.com
chris@pcvalaw.com
wmcclure@pcvalaw.com

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 6th day of October, 2026, at Olympia, Washington.

*s/Jordyn Jones*
JORDYN JONES, WSBA No. 52648

# EXHIBIT A

| | |
|---|---|
| **From:** | Jones, Jordyn (ATG) |
| **To:** | Jon Kieffer; Van Sittert, Rian (ATG); Jack Hyde; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com |
| **Cc:** | Callahan, Connor (ATG) |
| **Subject:** | RE: Goncalves et al v WSU - Stip re: filing |
| **Date:** | Wednesday, March 18, 2026 4:48:38 PM |

Jon,

Thank you for your email and your call. Yes it seems have an agreement in principle. I appreciate you taking the first pass on the paperwork and will be in the office tomorrow to receive it.

-Jordyn

---

**From:** Jon Kieffer <jpkieffer@wcllp.com>
**Sent:** Wednesday, March 18, 2026 3:35 PM
**To:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** RE: Goncalves et al v WSU - Stip re: filing

[EXTERNAL]

Jordyn – Thank you for your email. I think we have an agreement in principle, whereby the State withdraws its motion to transfer and plaintiff withdraws its motion to strike, both of which would be with prejudice (e.g., not to be refiled at some later date) and the State may file an amended answer. Since this proposal was Plaintiffs, we're willing to take the first stab at drafting the necessary papers for the Court to effectuate this agreement and circulate to you for review. We're tied up the remainder of the day today, but should be able to circulate a draft to you tomorrow if that works from your end. Assuming that it does, we do not expect you to file any sort of response to the motion to strike today.

Thanks.

Jon

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of

e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>
**Sent:** Wednesday, March 18, 2026 5:24 PM
**To:** Jon Kieffer <jpkieffer@wcllp.com>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Goncalves et al v WSU - Stip re: filing

Jon,

I've just heard back from my client. WSU is willing to strike it's motion to change venue if you are still willing to strike the motion to strike the answer. Let me know. To be transparent, WSU will seek to file an amended answer that will address concerns in your motion. Will Plaintiffs consider stipulating to an amendment?

**Jordyn Jones**
Assistant Attorney General | Washington State Attorney General's Office
PO Box 40162 | 7141 Cleanwater Drive SW | Olympia, Washington 98504-0121
360.586.6336 | Jordyn.jones@atg.wa.gov (She/Her)

---

**From:** Jon Kieffer <jpkieffer@wcllp.com>
**Sent:** Wednesday, March 18, 2026 12:10 PM
**To:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** RE: Goncalves et al v WSU - Stip re: filing

[EXTERNAL]

Jordyn – I would also note that within the past few minutes I've received delayed/undeliverable messages as it relates to multiple recipients in your office (recipients Callahan, Vansittert, Jones, Quiroz). Inasmuch as I've simply been

replying to messages from your office (versus inputting email addresses myself), that some of my emails have gone through, and that I'm not getting these same sorts of messages in relation to emails I've sent today other than to your office, you may want to check the IT issues on your end to insure you are receiving everything you need to.

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** Jon Kieffer
**Sent:** Wednesday, March 18, 2026 1:59 PM
**To:** 'Jones, Jordyn (ATG)' <jordyn.jones@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** RE: Goncalves et al v WSU - Stip re: filing

Jordyn – I'm frankly a bit puzzled at your disappointment. Leaving aside the fact that the State waited until Thursday, the day before your opposition was due to reach out and that we offered (without you even asking) an extension until today for you to file (which you characterized on Friday as "very gracious"), I couldn't sign off on the stip you sent because it is so far out of compliance with what the court requires and I have neither the time nor the inclination for a further back and forth on the subject of a stip to insure that the matter of your extension is handled correctly. The fact that we have indicated we do not oppose should get you to the same place.

Jonathan P. Kieffer

Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>
**Sent:** Wednesday, March 18, 2026 1:52 PM
**To:** Jon Kieffer <jpkieffer@wcllp.com>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Goncalves et al v WSU - Stip re: filing

Jon,

I understand it is your current position that we can represent to the court that you do not oppose the timing of WSU's opposition filing, we will do that. I will note that at our meeting on Friday, March 13 you represented that you would be willing to sign a stipulation regarding the timing of the opposition. I am disappointed by this turn of position.

**Jordyn Jones**
Assistant Attorney General | Washington State Attorney General's Office
PO Box 40162 | 7141 Cleanwater Drive SW | Olympia, Washington 98504-0121
360.586.6336 | Jordyn.jones@atg.wa.gov (She/Her)

---

**From:** Jon Kieffer <jpkieffer@wcllp.com>
**Sent:** Wednesday, March 18, 2026 11:36 AM
**To:** Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com

**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** RE: Goncalves et al v WSU - Stip re: filing

[EXTERNAL]

If you are not getting my previous replies, then I suspect you may not get this one, but perhaps you or Jordyn can confirm receipt. My position on your requested stip, from my previous email, is below:

> Rian – While we don't oppose the State filing its response to our motion to strike by the close of business today, we can't agree to the below stip because it is not in compliance with the Court's practice or rules. You may file whatever your office believes is appropriate, on behalf of the State only, and are free to indicate that we do not oppose. Thanks.
>
> Jon

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>
**Sent:** Wednesday, March 18, 2026 1:32 PM
**To:** Jon Kieffer <jpkieffer@wcllp.com>; Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Goncalves et al v WSU - Stip re: filing

Hi Jon: I really apologize, I know you are busy but I did not get anything back from you. It could be an IT thing on my side. Were you in agreement with the stipulation as sent? If so, I could e-sign for you with permission? Let me know what you prefer. And thank you for your understanding!

---

**From:** Jon Kieffer <jpkieffer@wcllp.com>
**Sent:** Wednesday, March 18, 2026 11:23 AM
**To:** Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>; Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** RE: Goncalves et al v WSU - Stip re: filing

[EXTERNAL]

I just resent. Let me know if you do not receive it. Thx.

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>
**Sent:** Wednesday, March 18, 2026 12:56 PM
**To:** Jon Kieffer <jpkieffer@wcllp.com>; Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>
**Subject:** [EXTERNAL] RE: Goncalves et al v WSU - Stip re: filing

Hi Jon:
I don't have another email from you- apologies if I missed it! Can you re-send?
Thanks so much,
Rian

---

**From:** Jon Kieffer <jpkieffer@wcllp.com>
**Sent:** Wednesday, March 18, 2026 10:49 AM
**To:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>
**Subject:** RE: Goncalves et al v WSU - Stip re: filing

[EXTERNAL]

Thank you. I just responded to Rian's email.

Jonathan P. Kieffer
Wagstaff & Cartmell LLP
4740 Grand
Suite 300
Kansas City, MO 64112
(816) 701-1103 (direct)
(816 531-2372 (facsimile)
jpkieffer@wcllp.com
http://www.wagstaffcartmell.com
The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1107.

---

**From:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>
**Sent:** Wednesday, March 18, 2026 12:43 PM
**To:** Jon Kieffer <jpkieffer@wcllp.com>; Jack Hyde <jhyde@wcllp.com>; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>; Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>

**Subject:** [EXTERNAL] FW: Goncalves et al v WSU - Stip re: filing

All –

Putting this at the top of your inbox. I appreciate your response. If you have any questions or concerns please give me a call at 360 586 6336.

**Jordyn Jones**
Assistant Attorney General | Washington State Attorney General's Office
PO Box 40162 | 7141 Cleanwater Drive SW | Olympia, Washington 98504-0121
360.586.6336 | Jordyn.jones@atg.wa.gov (She/Her)

---

**From:** Van Sittert, Rian (ATG) <rian.vansittert@atg.wa.gov>
**Sent:** Tuesday, March 17, 2026 4:36 PM
**To:** jpkieffer@wcllp.com; jhyde@wcllp.com; lscarcello@wcllp.com; tom@pcvalaw.com; chris@pcvalaw.com; wmcclure@pcvalaw.com
**Cc:** Jones, Jordyn (ATG) <jordyn.jones@atg.wa.gov>; Callahan, Connor (ATG) <connor.callahan@atg.wa.gov>; Quiroz, Daniela (ATG) <daniela.quiroz@atg.wa.gov>
**Subject:** Goncalves et al v WSU - Stip re: filing

Good afternoon:

As discussed in the meeting on Friday, March 13, the parties agreed to allow WSU until COB tomorrow to file its opposition to the motion to strike. Attached is a draft stipulation for that purpose. If this meets with your approval, please sign and return. Please let us know if you wish to discuss anything further.
Thank you,

**Rian Van Sittert**
Paralegal | Torts Division
Washington State Attorney General's Office